IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00004-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ROSARIO ALCALA-MERAZ,

 Defendant.
_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Order entered by Judge Philip A. Brimmer**

 A Notice of Disposition was filed on February 23, 2009 [Docket No. 12]. A Change of Plea hearing is set for **March 5, 2009 at 1:30 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

 The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

 ORDERED that the Trial Preparation Conference previously scheduled for **February 27, 2009 at 4:00 p.m.** is VACATED.

 DATED February 23, 2009.